### Sellman vs. Gardner, 1727/8

[Jan. 8, 1727/8] Compl^t read Sellman against Cap^t Gardner. Court adjournd for an hour Court being met according to Adj^mt Compl^t Sellman ag^st Gardner being reassum'd Rob^t Drower being Sworn in Court Saith he being on deck when the First quar^l was between the parties he saw nothing of the Cap^t heaveing the Comp^n Door at him but See the s^d Sellman come from helm and the Cap^t bid him come to the helm again he not going the Cap^t calld to him Several Times he s^d he w^d not he was afraid the Cap^t came of of the Q^r Deck to him and took hold of him and hauld him along upon the Deck to get him aft and as he was hauling he gave him Some blows but Saw no blood afterward S^d Sellman went to the helm in the Second quarrell he saw the Cap^t Strike Sellman but Saw no blood further Saith he quarrell'd with Severall of the Men Rich^d Sleath being Sworn said he saw the Cap^t heave the Companion Door at Sellman when he was at helm and then Sellman left the helm further Saith that he the Dep^t fought with s^d Sellman in Surranam

John Jepson being Sworn S^d he Saw the Cap^t Strike s^d Sellman two or three blows in the Second quarrell. W^m Crossman being Sworn in Court Saith in the Second quarrell he heard the Cap^t order Sellman to mend a Sail he told the Cap^t he had no Marlin and he Saw the Cap^t take up a Billet of Wood and Strike at Sellman and he heard Sellman desire him not to strike him and then the Cap^t took a Rack and beat him 10th th then s^d Sellman went and mended Sail further Saith he Saw Sellmans Cheek bloody

[Jan. 10, 1727/8] The Judge Dismissed the Complaint Selman ag^st Gardner and ordered the Comp^ts to pay Cost